**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GABRIEL MCMORLAND,<br><br>Plaintiff,<br><br>v.<br><br>SKECHERS U.S.A., INC.<br><br>Defendant. | Case No. 2:25-cv-1100-AJS |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Gabriel McMorland, by and through her undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Skechers U.S.A., Inc. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers in the near future.

Dated: August 27, 2025

Respectfully submitted,

*/s/ Ian M. Brown*

Ian M. Brown (PA 201680)
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
ibrown@carlsonbrownlaw.com
(267) 625-4404

*Attorney for Plaintiff*