**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GABRIEL MCMORLAND,<br><br>Plaintiff,<br><br>v.<br><br>SKECHERS U.S.A., INC.,<br><br>Defendant. | Case No. 2:25-cv-1100-AJS |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Gabriel McMorland hereby voluntarily dismisses with prejudice her claims against Skechers U.S.A., Inc.

Dated: October 6, 2025

Respectfully submitted,

*/s/ Ian M. Brown*

Ian M. Brown (PA 201680)
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
ibrown@carlsonbrownlaw.com
267-625-4404

*Attorney for Plaintiff*